CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 23 2012

JULIA C. DUDLEY, CLERK
BY: /s/
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DR. EMAD I. ATTA, | Civil Action No. 7:11-cv-00463 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| DR. JOSEPH NELSON, III INDIVIDUALLY AND IN HIS CAPACITY AS CHAIRMAN OF MEDICAL STAFF AND THE MEDICAL STAFF, | |
| | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the defendant's motion to dismiss is **GRANTED**. All other pending motions are **DENIED** and this case is **STRICKEN** from the active docket of the court.

The clerk is **DIRECTED** to send Dr. Atta a copy of this opinion and order.

Enter: January 23, 2012.

UNITED STATES DISTRICT JUDGE